JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. 2:20-cv-04339-JFW (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is **DISMISSED**, without prejudice.

Dated: December 22, 2020

_____
HONORABLE JOHN F. WALTER
United States District Judge

Presented by:

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge